In re: Nathaniel Dante
RICE, Petitioner.

No. 14–1973.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 20, 2015.

Nathaniel Dante Rice, Petitioner Pro Se.

Before WILKINSON and NIEMEYER,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nathaniel Dante Rice petitions for a
writ of mandamus, seeking immediate re-
lease from imprisonment after the district
court vacated Rice's sentence upon his 28
U.S.C. § 2255 (2012) motion. Our review
of the district court's docket reveals that

the district court held a resentencing hearing and Rice was released. Accordingly, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*